IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN OGDEN,

    Petitioner,

v.                                                                Civ. No. 21-1094 KG-KK

GEORGE STEPHENSON, *et al*,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Petitioner Kevin Ogden's Habeas Petition Under 28 U.S.C. §§ 2254 and 2241 (Doc. 1) is dismissed without prejudice for lack of jurisdiction.

 

*/s/ signature*
UNITED STATES DISTRICT JUDGE